# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NATASHA WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:21-CV-00782-CAP-CMS |
| LIFEBRITE LABORATORIES, LLC, | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Natasha White and Defendant LifeBrite Laboratories, LLC, through undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and seek to dismiss with prejudice all claims against Defendant. These parties to bear their own costs.

Respectfully submitted, this 30th day of November 2021.

| | |
|---|---|
| /s/ *Gary Martoccio* | /s/*Edward N. Boehm, Jr.* |
| Gary Martoccio | Edward N. Boehm, Jr. |
| Georgia Bar No. 497511 | Georgia Bar No. 183411 |
| Gary.Martoccio@spielbergerlawgroup.com | tboehm@fisherphillips.com |
| | |
| Spielberger Law Group | FISHER & PHILLIPS LLP |
| 4890 W. Kennedy Blvd., Ste. 950 | 1075 Peachtree Street NE, Ste. 3500 |
| Tampa, Florida 33606 | Atlanta, GA 30309 |
| Tel: (800) 965-1570 | Tel: 404-231-1400 |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

FP 42278071.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| NATASHA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:21-CV-00782-CAP-CMS |
| LIFEBRITE LABORATORIES, ) | |
| LLC, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which is automatically send e-mail notification of such filed to all counsel authorized to receive such notice.

/s/*Edward N. Boehm, Jr.*
Edward N. Boehm, Jr.
Georgia Bar No. 183411
tboehm@fisherphillips.com

FP 42278071.1